**No. 61653.**—Max Seidman *v.* United States, protests 144313–K and 140413–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiff was sustained.